UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Teresa Gallop, | Civ. No. 24-3156 (PAM/DTS) |
| Petitioner, | |
| v. | |
| Bureau of Prisons; and Segal, Warden; | |
| Respondents. | **MEMORANDUM AND ORDER** |
| Teresa Gallop, | Civ. No. 24-3161 (PAM/DTS) |
| Petitioner, | |
| v. | |
| Segal, Warden; and Bureau of Prisons; | |
| Respondents. | |
| Teresa Gallop, | Civ. No. 24-3162 (PAM/DTS) |
| Petitioner, | |
| v. | |
| Bureau of Prisons; and Warden Segal; | |
| Respondents. | |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge David T. Schultz dated October 9, 2024. The R&R recommends dismissal of these matters without prejudice for lack of subject-matter

jurisdiction over Petitioner Teresa Gallop's petitions seeking a change in her custodial arrangement.

According to statute, the Court must conduct a de novo review of any portion of the R&R to which specific objections are made.  28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b).  Gallop filed a document titled "Objections to Report and Recommendation", but she fails to state any specific objection to the R&R.  (Gallop v. Bureau of Prisons, et al., Civ. No. 24-3156 (PAM/DTS) (Docket No. 9); Gallop v. Segal, Warden, et al., Civ. No. 24-3161 (PAM/DTS) (Docket No. 9); Gallop v. Bureau of Prisons, et al., Civ. No. 24-3162 (PAM/DTS) (Docket No. 9).)  Although she disagrees with the R&R's finding that the Court does not have subject-matter jurisdiction over her petitions, she presents no reason why the R&R's determination was clearly erroneous, and thus to the extent her submission is an objection to the R&R, it fails.

The Magistrate Judge correctly determined that Gallop's challenges to her conditions of confinement are not cognizable in a petition for a writ of habeas corpus.  After conducting the required reviews, the Court **ADOPTS** the R&R.  (Civ. No. 24-3156 (Docket No. 8); Civ. No. 24-3161 (Docket No. 8); Civ. No. 24-3162 (Docket No. 8).)

**CONCLUSION**

Accordingly, **IT IS HEREBY ORDERED that**:

1. The petitions for a writ of habeas corpus (Civ. No. 24-3156 (Docket No. 1); Civ. No. 24-3161 (Docket No. 1); Civ. No. 24-3162 (Docket No. 1)) are **DENIED without prejudice**; and

2. These actions—Civ. Nos. 24-3156; 24-3161; 24-3162—are **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 27, 2024

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge

3